IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

v.                      No. 4:06CR00415 SWW

CHAKA ALBERT HARDIN

FINAL ORDER OF FORFEITURE

     WHEREAS, on January 16, 2008, this Court entered a Preliminary Order of Forfeiture, ordering defendant to forfeit his interest in the following:

1.)      One Saiga 7.62 caliber assault rifle, bearing serial number H03108273;
2.)      One Colt .223 caliber assault rifle, bearing serial number 075687;
3.)      One Ruger, model P97-DC, .45 caliber pistol, bearing serial number 66368992; and
4.)      One Taurus .357 magnum pistol bearing serial number WJ159317.

     WHEREAS, the United States caused to be published in the Arkansas Democrat Gazette, a newspaper of general circulation, notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and as specified in the Preliminary Order. and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property;

     WHEREAS, no claims were filed by any persons with respect to any of the property described herein;

     WHEREAS, the Court finds that defendant had an interest in the property that is subject to forfeiture pursuant to Title 21 U.S.C. § 853(a) .

     NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that are hereby forfeited to the United States of America pursuant to Title 18, U.S.C.§ 924(d) and

Title 21, U.S.C. § 853(a) .

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title, and interest in all of the property set forth above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law; and

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

IT IS SO ORDERED this 2nd day of May, 2008.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE