```
        IN THE UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF ARKANSAS
                  WESTERN DIVISION
```

UNITED STATES OF AMERICA

v.                              NO. 4:06CR00415-001 SWW

CHAKA ALBERT HARDIN

### ORDER

Before the Court is the government's motion to amend the judgment filed in this matter on March 10, 2008.  The government states that in the plea agreement defendant agreed to forfeit his interest in the seized items.  A Final Order of Forfeiture was filed on May 2, 2008, which forfeited certain items to the United States, but the forfeiture of these assets was not included in the judgment.  Defendant has responded that he has no objection to the government's motion.  Therefore, the Court finds that the motion should be granted.

IT IS THEREFORE ORDERED that the government's motion to amend the judgment is granted, and an amended judgment will be entered subsequent to this order which will include the forfeiture of the assets set forth in the Final Order of Forfeiture.

IT IS SO ORDERED  this 26th day of June, 2008.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE