# *IN THE UNITED STATES DISTRICT COURT*
## *EASTERN DISTRICT OF ARKANSAS*
## *WESTERN DIVISION*

UNITED STATES OF AMERICA                                                                PLAINTIFF

V.                                    NO. 4:06CR00415-001 SWW

CHAKA ALBERT HARDIN                                                                     DEFENDANT

### ORDER

Pending before the Court is defendant's pro se motion for early termination of supervised release previously imposed. The government objects to the early termination of supervised release, and the U. S. Probation Office has advised the Court that the defendant has not demonstrated overall progress in meeting supervision objectives, particularly, failed drug tests for marijuana use April 18, 29 and May 7, 2013.

The Court has considered the defendant's motion, government's response and the information provided by the U. S. Probation Officer and finds that defendant's motion should be denied at this time.

IT IS THEREFORE ORDERED that defendant's motion for early termination of supervised release [doc #112] previously imposed be, and it is hereby, ***DENIED***.

Dated this 23rd day of April 2014.

                                                    /s/Susan Webber Wright
                                                    United States District Judge