## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

vs.                                    4:06CR00415-001  SWW

CHAKA ALBERT HARDIN                                                   DEFENDANT

### ORDER

The above entitled cause came on for hearing May 14, 2015 on the government's superseding motion to revoke defendant's conditions of supervised release previously granted in the United States District Court for the Eastern District of Arkansas.  The defendant stipulates to violations #2, #3 and #4 as alleged.  The Court finds that the government did not meet it's burden of proof on the alleged violation for aggravated assault on April 8, 2015, but withholds a ruling in December 19, 2014 arrest for aggravated assault and domestic battery.  The hearing is continued for sixty days to see how defendant will comply with the conditions of his supervised release.  Defendant's supervised release expires October 31, 2015.

IT IS THEREFORE ORDERED that the hearing on the issue of revocation of supervised release in this matter hereby is continued until **_1:00 p.m. on TUESDAY, AUGUST 4, 2015_**, in Room #389, Richard Sheppard Arnold United States Courthouse, Little Rock, Arkansas.  Defendant shall report to the U. S. Probation Office one hour prior to the hearing for drug testing.

Defendant is to continue to be under supervision and is reminded that he shall comply with and abide by all of the conditions of his supervised release.  If defendant violates the conditions of his supervised release prior to the date of this scheduled hearing, a revocation hearing may be scheduled immediately.

IT IS SO ORDERED this 15th day of May 2015.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE